# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

December 22, 2014

United States Court of Appeals
Federal Circuit
appeal@cafc.uscourts.gov

    Speare Tools Inc. V Klein Tools Inc.
    Case Number : 13-CR-324
    Federal Cirucit Case Number: 15-1198

Dear Appeals Clerk:

    It has come to our attention that the above appeal was filed in the incorrect court. We have filed it with the 7th Circuit Court of Appeals today.

    Please let us know if you need anything further from our court with regards to this appeal.

    Very truly yours,
    JON W. SANFILIPPO
    Clerk of Court


    S/C. Bongel
    Deputy Clerk, Appeals